NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DONGGUAN SUNRISE FURNITURE CO., LTD., TAICANG FAIRMONT DESIGNS FURNITURE CO., LTD., MEIZHOU SUNRISE FURNITURE CO., LTD., TAICANG SUNRISE WOOD INDUSTRY CO., LTD.,**
*Plaintiffs-Appellants*

**LONGRANGE FURNITURE CO., LTD., LANGFANG TIANCHENG FURNITURE CO., LTD.,**
*Plaintiffs*

**COASTER COMPANY OF AMERICA,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES, AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE, VAUGHAN-BASSETT FURNITURE COMPANY, INC.,**
*Defendants-Appellees*

---

2015-1450

---

Appeals from the United States Court of International Trade in Nos. 1:10-cv-00254-JAR, 1:10-cv-00258-JAR, 1:10-cv-00285-JAR, 1:10-cv-00287-JAR, Senior Judge Jane A. Restani.

## JUDGMENT

PETER J. KOENIG, Squire Sanders (US) LLP, Washington, DC, for plaintiffs-appellants Dongguan Sunrise Furniture Co., Ltd., Taicang Fairmont Designs Furniture Co., Ltd., Meizhou Sunrise Furniture Co., Ltd., Taicang Sunrise Wood Industry Co., Ltd.

KRISTIN HEIM MOWRY, Mowry & Grimson, PLLC, Washington, DC, for plaintiff-appellee Coaster Company of America. Also represented by JILL A. CRAMER, JEFFREY S. GRIMSON, SARAH M. WYSS.

STEPHEN CARL TOSINI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for defendant-appellee United States. Also represented by BENJAMIN C. MIZER, JEANNE E. DAVIDSON, PATRICIA M. MCCARTHY; REBECCA CANTU, Office of the Chief Counsel for Import Administration, United States Department of Commerce, Washington, DC.

JAMES MICHAEL TAYLOR, King & Spalding LLP, Washington, DC, for defendants-appellees American Furniture Manufacturers Committee for Legal Trade, Vaughan-Bassett Furniture Company, Inc. Also represented by DANIEL SCHNEIDERMAN.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MAYER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 12, 2016
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court